**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRYL RAY EASTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>S. SMITH, et al.,<br><br>                    Defendants. | Case No.: 1:21-cv-1227 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 16) |

  Derryl Ray Easter seeks to hold the defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983.  The magistrate judge reviewed the First Amended Complaint and determined Plaintiff failed "to link or causally connect any specific Defendant with any action." (Doc. 14 at 6.)  Thus, Plaintiff "failed to allege an Eighth Amendment claim against any named Defendant." (*Id.*)  The Court directed Plaintiff to either file a second amended complaint or file a notice of voluntary dismissal within 21 days of the date of service, which occurred on January 11, 2023. (*Id.*)  Further, the magistrate judge advised Plaintiff that if he failed to comply with the order, "the Court will recommend that this action be dismissed, without prejudice, for failure to obey a court order and for failure to prosecute." (*Id.* at 7, emphasis omitted.)  Plaintiff failed to file an amended complaint or otherwise respond to the Court's order.

  On February 13, 2023, the magistrate judge found Plaintiff failed to prosecute the matter and failed to obey the Court's order. (Doc. 16.)  The magistrate judge found factors set forth by

1

the Ninth Circuit in *Carey v. King*, 856 F.2d1439, 1440 (9th Cir. 1988) weighed in favor of the imposition of terminating sanctions. (*Id.* at 2-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.) Plaintiff was granted 14 days to file any objections to the Findings and Recommendations and was informed the failure to file objections may result in the waiver of rights on appeal. (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file any objections, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 13, 2023 (Doc. 16) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 9, 2023**

UNITED STATES DISTRICT JUDGE

2